**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Exceltech One, Inc** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **84-1960725** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**10191 SW Avery Street**<br>**Tualatin, OR 97062**<br>Number, Street, City, State & ZIP Code<br>**Washington**<br>County<br><br>**Mailing address, if different from principal place of business**<br>**PO Box 18179**<br>**Portland, OR 97213**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **https://etiquality.com/** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor **Exceltech One, Inc** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____
Contact name ____
Phone ____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **3/11/2025**
MM / DD / YYYY

*X* **/s/ Paul Matthew Redhead**
Signature of authorized representative of debtor

**Paul Matthew Redhead**
Printed name

Title **President, Sole Director**

**18. Signature of attorney**

*X* **/s/ Garrett S. Eggen for Douglas R. Ricks**
Signature of attorney for debtor

Date **3/11/2025**
MM / DD / YYYY

**Douglas R. Ricks**
Printed name

**Sussman Shank LLP**
Firm name

**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205**
Number, Street, City, State & ZIP Code

Contact phone **503-227-1111** Email address **dricks@sussmanshank.com**

**044026 OR**
Bar number and State

3/11/25 4:04PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Oregon

In re **Exceltech One, Inc** Debtor(s) Case No. Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **HOURLY*** |
| Prior to the filing of this statement I have received | $ | **35,000.00** |
| Balance Due | $ | **TBD*** |

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify): $18,000 transferred from prior counsel's client trust account (Karr Tuttle);

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

***Debtor has agreed to pay an hourly rate for all pre and post-petition services. Pre-petition services are $17,117.80 (subject to review) and inclusive of filing fee of $1,738.00. $17,882.20 remains in trust account.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3/11/2025
*Date*

**/s/Garrett S. Eggen for Douglas R. Ricks**
**Douglas R. Ricks OSB 044026**
*Signature of Attorney*
**Sussman Shank LLP**
**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205**
**503-227-1111**

*Name of law firm*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Exceltech One, Inc** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration 409 3rd St., SW Washington, DC 20416** | **CESC-Covid EIDL Service Ctr 833-853-5638** | **Blanket Lien on all assets - UCC #92414910 SBA Loan** | | **$530,900.00** | **$170,865.00** | **$360,035.00** |
| **Zelpro Assembly Solutions LLC Attn: Calvin Rasmussen PO Box 452 Wilsonville, OR 97070** | **Aaron J. Bell, Esq ajb@buckley-law.com (503) 906-2782** | **Zelpro Wire Solder materials and Wave Solder Machine and Goodwill** | | **$106,472.84** | **$20,000.00** | **$86,472.84** |
| **PCB Assembly Express 10191 SW Avery St Tualatin, OR 97062** | **Agustin Araujo agustin@pcbassemblyexpress.com 503-913-8094** | **Amounts due under percentage lease agreement.** | | | | **$80,203.69** |
| **Balboa Capital Corporation 575 Anton Blvd, Ste. 1080 Costa Mesa, CA 92626** | **Randy Freeman, Acct Executive 949-399-6331** | **My Data MY 100-SX14 140203 2011** | | **$126,091.36** | **$50,000.00** | **$76,091.36** |
| **Tim Ide 9280 McFarland Trace Dr Mobile, AL 36695** | **Tim Ide timothyide01@gmail.com 503-706-4745** | **Original goodwill for business purchase** | | | | **$48,600.85** |
| **Elan Financial Services Umpqua Bank Visa PO Box 790408 Saint Louis, MO 63179-0408** | **Customer Service, Past Due Services Fax 1-866-807-9053 1-800-236-9454** | **Credit Card** | | | | **$33,770.44** |

Debtor **Exceltech One, Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JPMorgan Chase Bank c/o National Bankruptcy Services LLC PO Box 9013 Addison, TX 75001 | Bankruptcy Department pocquestions@nbsdefaultservices.com 800-766-7751 | Credit card purchases | | | | $28,578.00 |
| KeyBank N.A. Bankruptcy Dept. 4910 Tiedeman Rd Cleveland, OH 44144 | Bankruptcy Specialists bk_specialists@keybank.com 866-325-9723 | Credit card purchases | | | | $25,087.55 |
| Bank of America, N.A. PO BOx 660441 Dallas, TX 75266 | Ask for Bankruptcy Department 1-800-432-1000 | Credit card purchases | | | | $21,106.42 |
| Digi-Key Corp. PO BOX 677 701 Brooks Ave S Thief River Falls, MN 56701 | Customer Service accounting@digikey.com 800-338-4105 | Services | | | | $20,781.75 |
| Mouser Electronics 1000 North Main Street Mansfield, TX 76063 | Paul Cook paul.cook@caine-weiner.com 818-251-1729 | Services | | | | $19,422.37 |
| Schleuniger 87 Colin Drive Manchester, NH 03103 | Virginia Perry virginia.perry@schleunier.com 603-621-2660 | Services | | | | $14,662.86 |
| BCC Business Consult 2355 State St STE 101 Salem, OR 97301 | Amanda Beddell amanda@bccbusinessconsulting.com 206-423-5181 | Services | | | | $13,500.00 |
| Arrow Electronics, Inc. 3380 146th Pl SE #301 Bellevue, WA 98007 | Alvaro Trujillo alvaro.trujillo@arrow.com 720-418-7826 | Services | | | | $11,085.56 |
| Fischer Connectors 1735 Founders Parkway Alpharetta, GA 30009 | Andre Mitchell andre.mitchell@fischerconnectors.com 678-393-5482 | Services | | | | $10,533.00 |

Debtor **Exceltech One, Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Juki Automation Systems Inc.<br>5151 McCrimmon Parkway, Suite 200<br>Morrisville, NC 27560** | **Randy Mitchell<br><br>randy.mitchell@juki.com<br>919-937-7440** | **Services** | | | | **$9,435.00** |
| **Highland Capital Corporation<br>5 Center Ave<br>Little Falls, NJ 07424** | **Bo Anderson, Industrial Financing<br><br>industrial@highlandcc.com<br>1-518-223-9777** | **Past due lease payments (6)** | | | | **$9,100.72** |
| **Miller Technologies LLC<br>1300 NE Hwy 99W<br>McMinnville, OR 97128** | **Korin Miller<br><br>Korin@millertech.biz<br>(503) 474-4724** | **Past due services contract payments** | | | | **$8,519.62** |
| **Motion Industries, Inc.<br>1605 Alton Rd.<br>Birmingham, AL 35210** | **Lori Jones<br><br>lori.jones@motion.com<br>352-605-7055** | **Services** | | | | **$8,219.95** |
| **ASYS Group Americas Inc.<br>140 Sattelite Blvd NE, Suite D<br>Suwanee, GA 30024** | **Astrid Wilkins<br><br>astrid.wilkens@asys-group.com<br>770-906-1346** | **Services** | | | | **$7,828.96** |

**Fill in this information to identify the case:**

Debtor name **Exceltech One, Inc**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **3/11/2025**

X **/s/ Paul Matthew Redhead**
Signature of individual signing on behalf of debtor

**Paul Matthew Redhead**
Printed name

**President, Sole Director**
Position or relationship to debtor